MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorney for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HIEN QUOC DU,<br><br>    Petitioner,<br><br>    v.<br><br>USCIS, DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondents. | No. C 11-05151 RMW<br><br>**STIPULATION TO DISMISS and [PROPOSED] ORDER** |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, pursuant to Rule 41(a), Federal Rules of Civil Procedure, to dismissal of the above-entitled action without prejudice.

    The parties also request that the Court vacate the hearing on Respondents' motion for summary judgment scheduled for April 20, 2012 at 9:00 a.m.

///

///

///

Stipulation to Dismiss
C11-05151 RMW                    1

Each of the parties shall bear their own costs and fees.

Dated: April 17, 2012                             Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Respondents

Dated: April 17, 2012

/s/
PAUL BICK NGUYEN
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: l▯J▯G

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C11-05151 RMW                                    2