1  MELINDA HAAG, CSBN 132612
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorney for Respondents
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 HIEN QUOC DU,                     )
                                     ) No. C 11-05151 RMW
13          Petitioner,              )
                                     )
14    v.                             ) **STIPULATION TO DISMISS and**
                                     ) **[PROPOSED] ORDER**
15 USCIS, DEPARTMENT OF HOMELAND     )
   SECURITY,                         )
16                                   )
            Respondents.             )
17 _____ )

18     Petitioner, by and through his attorney of record, and Respondents, by and through their

19 attorneys of record, hereby stipulate, pursuant to Rule 41(a), Federal Rules of Civil Procedure, to

20 dismissal of the above-entitled action without prejudice.

21     The parties also request that the Court vacate the hearing on Respondents' motion for summary

22 judgment scheduled for April 20, 2012 at 9:00 a.m.

23 ///

24 ///

25 ///

26

27

28

Stipulation to Dismiss
C11-05151 RMW                         1

1    Each of the parties shall bear their own costs and fees.

2    Dated: April 17, 2012                      Respectfully submitted,

3                                               MELINDA HAAG
                                                United States Attorney
4

5
                                                _____/s/_____
6                                               ILA C. DEISS[1]
                                                Assistant United States Attorney
7                                               Attorney for Respondents

8

9    Dated: April 17, 2012                      _____/s/_____
                                                PAUL BICK NGUYEN
10                                              Attorney for Petitioner

11

12
                                   **ORDER**
13
     Pursuant to stipulation, IT IS SO ORDERED.
14

15
                                                _Ronald M. Whyte_____
16   Date:  4/19/12                             RONALD M. WHYTE
17                                              United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C11-05151 RMW                           2